Barbara J. Schultz (SBN 168766) bschultz@lafla.org
Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Paul J. Estuar (SBN 167764) pestuar@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:   (213) 640-3853
Fax:   (213) 640-3988

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANGRESS, a non-profit corporation, DEBORAH BURTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CENTRAL CITY EAST ASSOCIATION; DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT; CHARLIE BECK, in his official capacity; SHANNON PAULSON, individually and in her official capacity; ESTELA LOPEZ, as an individual; DOES 1-10.<br><br>Defendants. | Case No.  CV 14-01743-SVW (MANx)<br>[Hon. Stephen V. Wilson]<br>**DISCOVERY MATTER**<br><br>PROTECTIVE ORDER<br><br>Discovery Cutoff Date: None<br>Pretrial Date: June 9, 2015<br>Trial Date: June 23, 2015 |

The Court has considered the Stipulation for Protective Order executed and concurrently filed by Plaintiffs CANGRESS and Deborah Burton, Defendants City of Los Angeles, Los Angeles Police Department, Central City East Association, Downtown Industrial District Business Improvement District, Shannon Paulson, and

1 Estela Lopez. The Court approves the Stipulation for Protective Order and hereby
2 enters said stipulation as an Order of the Court.
3
4
**IT IS SO ORDERED.**
5
6 DATED: 7/30/15          _____
7                              HON. MARGARET A. NAGLE
8                              United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28