```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         Apr 14, 2016

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cangress et al, | ) CASE NO.: 2:14-cv-01743-SVW-MAN |
|     Plaintiffs | ) JUDGMENT |
| vs. | ) |
| City of Los Angeles et al, | ) **JS-6** |
|     Defendants. | ) |

Judgment is entered for Defendants against Plaintiffs, pursuant to the Court's order dated March 22, 2016.

DATE: April 14, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE